# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 06-3482-CV-S-DW |
| KEVIN E. CURTMAN, | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

On March 23, 2007, the Court directed the defendant to explain in writing why plaintiff's motion for default judgment should not be granted. Defendant has failed to respond in writing as ordered.

Accordingly, the Court ORDERS that a default judgment is hereby entered against defendant and in favor of plaintiff in the principal sum of $10,925.14, plus accrued interest of $5,900.57 to February 22, 2007, with interest at the rate of 8.25% per annum on the principal sum after February 22, 2007, to the date of judgment; with interest accruing on the total amount at the statutory rate, as provided by 28 U.S.C. § 1961(b) from the date of this judgment, together with plaintiff's costs in the amount of $350.00, as allowed pursuant to 28 U.S.C. §§ 1914(a), 1920, 1923 and 2412(a)(2).

The Clerk of Court is directed to deliver a copy of this Order to Defendant via certified mail at: 406 North Clay Street, Marshfield, MO 65706.

Date: May 17, 2007

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge